| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  MATTHEW D. SEGAL<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California  95814<br>4  Telephone: (916) 554-2708 | **FILED**<br>MAY 10 2005<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE MATTER OF THE<br>SEARCH OF [SEALED] | ) CR. NO. SW 03-268 PAN<br>)<br>)<br>) MOTION AND ORDER TO UNSEAL<br>)<br>)<br>) |

The United States hereby moves this Court to unseal the search warrant, the search warrant application and all related filings in the above-captioned matter.

On or about October 31, 2003, Magistrate Judge Nowinski issued a search warrant in the above-captioned matter. At the time, the Court ordered that the documents that had been filed in this matter be kept under seal until October 31, 2005 or until further order of the Court.

The United States Attorney for the Northern District of California has initiated pre-indictment discussions with the target of the United States' investigation. As part of those discussions, the United States would like to provide a copy of the documents in the above-captioned matter to the target's counsel. Accordingly, the United States respectfully requests

that this Court enter an order unsealing the documents in the above-captioned matter.

DATED: May 10, 2005

**SO ORDERED.**

DATE: 5/10/05

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Matt Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

/s/ Kimberly J. Mueller
HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge

2